IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL RUSSI,                        :        CIVIL ACTION
              Petitioner,            :
                                     :
         v.                          :
                                     :
GERALD ROZUM, et al.,                :        NO. 06-2730
              Respondents.           :

## ORDER

MICHAEL M. BAYLSON, J.

AND NOW, this 27 day of June, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED.

2.    The Petition for Writ of Habeas Corpus is DENIED without prejudice.

3.    There is no probable cause to issue a certificate of appealability.

4.    The Clerk of Court shall mark this case closed for statistical purposes.


BY THE COURT:


MICHAEL M. BAYLSON, J.